O

## JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDY OCHOA, | Case No. CV 11-6864-JGB (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| L.R. THOMAS, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: July 27, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE